IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RACHEL D. FRANKS and<br>S. JAMES HARTSHORN, as Special<br>Administrator for the Estate of MICHAEL J.<br>HARTSHORN, SR., Deceased and on Behalf<br>of All Heirs,<br><br>                Plaintiffs,<br><br>vs.<br><br>MONTGOMERY COUNTY SHERIFF STANLEY<br>VEACH, former Sheriff of MONTGOMERY<br>COUNTY, KANSAS; NICHOLAS BRADFORD,<br>and ENISELI MAALAELU,<br>                Defendants. | Case No. 09-cv-1010-MLB-DWB |

**SECOND AMENDED NOTICE OF DEPOSITION DUCES TECUM
UPON ORAL EXAMINATION**

      The defendant Maalaelu notifies the court and all parties that the depositions of various and sundry witnesses, including the following witness:

**Kris Sperry, M.D.**

will be taken on oral examination at the following time and place:

      **DATE:**      October 19, 2009
      **TIME:**      2:00 p.m. EST/1:00 p.m. CST
      **PLACE:**    2700 Centennial Tower, 101 Marietta Street, Atlanta, Georgia 30303

before a person authorized to administer oaths under the laws of Kansas, to be used for discovery and as evidence in the above-captioned matter.

      The defendant further requests that the witness bring with him the following documents and things:  Any and all records, reports, diagrams, memoranda, correspondence, photographs, etc., concerning your analysis of the incident that occurred on March 12 and 13, 2007 at the Montgomery County Jail in Independence, Kansas, involving Michael J. Hartshorn, Sr.

      The defendant further requests that the witness **BE PRODUCED, along with the above-listed documents and things.**

WATKINS CALCARA, CHTD.

By s/ Allen G. Glendenning
    Allen G. Glendenning , #12187
    P.O. Drawer 1110
    Great Bend, Kansas 67530
    (620) 792-8231
    Attorneys for Defendant Maalaelu

### CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October, 2009, I electronically filed the above and foregoing Second Amended Notice to Take Deposition Duces Tecum with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following: Randall Rathbun, J. Steve Pigg and Edward Keeley, with a paper copy being mailed to the court reporter, Esquire at 303 East 17th Avenue, Suite 565, Denver, CO 80203

By s/ Allen G. Glendenning
    Allen G. Glendenning, #12187